United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 13-12513-sr
Cheryl M. George                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP           Page 1 of 1         Date Rcvd: Jul 11, 2016
                        Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13041082       +E-mail/Text: bncmail@w-legal.com Jul 12 2016 01:56:54      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2016 at the address(es) listed below:
    ANN E. SWARTZ    on behalf of Creditor   Nationstar Mortgage LLC ASwartz@mwc-law.com, ecfmail@mwc-law.com
    EMMANUEL J. ARGENTIERI    on behalf of Creditor   US Bank, NA as Legal Title Trustee for Truman 2012 SC2 Title Trust bk@rgalegal.com
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    KEVIN T MCQUAIL    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com
    KIMBERLY A. BONNER    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, S amps@manleydeas.com
    KIMBERLY A. BONNER    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I amps@manleydeas.com
    KIMBERLY A. BONNER    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
    MICHAEL A. LATZES    on behalf of Debtor Cheryl M. George efiling@mlatzes-law.com
    POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    ROBERT MICHAEL KLINE    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I Pacer@squirelaw.com, rmklinelaw@aol.com
    ROBERT MICHAEL KLINE    on behalf of Creditor   UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL Pacer@squirelaw.com, rmklinelaw@aol.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-12513-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Cheryl M. George
508 Solly Ave.
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/08/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: TD BANK USA, N.A., C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/13/16

Tim McGrath
**CLERK OF THE COURT**