United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-12513-sr
Cheryl M. George                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP         Page 1 of 1         Date Rcvd: Jan 17, 2017
                        Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
13083964       +US Bank National Assocation,    c/o BSI Financial Services, Inc.,    314 South Franklin Street,
                 PO Box 517,    Titusville, PA 16354-0517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      EMMANUEL J. ARGENTIERI    on behalf of Creditor   US Bank, NA as Legal Title Trustee for Truman
       2012 SC2 Title Trust bk@rgalegal.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KEVIN T MCQUAIL    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com
      KIMBERLY A. BONNER    on behalf of Creditor   U.S. Bank National Association, as Trustee,
       successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset
       Securities Corporation, Mortgage Pass-Through Certificates, S amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor   U.S. Bank National Association, not in its
       individual capacity, but solely as Legal Title Trustee for LVS Title Trust I amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
      MICHAEL A. LATZES    on behalf of Debtor Cheryl M. George efiling@mlatzes-law.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      ROBERT MICHAEL KLINE    on behalf of Creditor   U.S. Bank National Association, not in its
       individual capacity, but solely as Legal Title Trustee for LVS Title Trust I Pacer@squirelaw.com,
       rmklinelaw@aol.com
      ROBERT MICHAEL KLINE    on behalf of Creditor   UMB Bank, National Association, not in its
       individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL
       Pacer@squirelaw.com,    rmklinelaw@aol.com
      THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                           TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-12513-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Cheryl M. George
508 Solly Ave.
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/13/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: US Bank National Assocation, c/o BSI Financial Services, Inc., 314 South Franklin Street, PO Box 517, Titusville, PA 16354 | Goshen Mortgage LLC<br>C/O Fay Servicing, LLC<br>939 W North Ave<br>Ste. 680<br>Chicago, IL 60642 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/19/17

Tim McGrath
**CLERK OF THE COURT**