Certificate Number: 15317-PAE-DE-029944717

Bankruptcy Case Number: 13-12513



15317-PAE-DE-029944717

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2017, at 4:56 o'clock PM PDT, Cheryl George completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 27, 2017    By: /s/Janice Morla

Name: Janice Morla

Title: Counselor