UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                      : CHAPTER 13
   Cheryl M. George                                       :
                                                                          : NO. 13-12513 JKF

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

     Debtor's counsel, MICHAEL A. LATZES, ESQUIRE, has filed Debtor's Motion to Modify Amended Chapter 13 Plan.

     **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.**

     1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 23, 2017, you or your attorney must do all of the following:

     (a) file an objection explaining your position at:

United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

     (b) mail a copy to the movant's attorney:

MICHAEL A. LATZES, ESQUIRE
1528 Walnut Street, Suite 700
Philadelphia, PA 19102
(215)545-0200 (Phone)
(215) 545-0668 (Fax)

   2.  If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3.  A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **December 7, 2017**, at **9:30 a.m.**, in Courtroom 3 , United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA.

   4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

   5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: 11-8-17