IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Cheryl M. George | : |
| | : NO. 13-12513 JKF |

## CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice and Motion to Modify Chapter 13 Plan were served either by first class mail, postage prepaid or electronically on November 8, 2017, to all parties of interest.

| | |
|---|---|
| 11-8-17 | /s/ MICHAEL A. LATZES, ESQUIRE |
| DATE | MICHAEL A. LATZES, ESQUIRE |
| | Attorney for Debtor |