IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Cheryl M. George** | **:** |
| | **:** |
| **Debtor(s)** | **: NO.  13-12513 JKF** |

CERTIFICATION OF NO RESPONSE/OBJECTION

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice and Motion to Modify were served either electronically or first class mail, postage prepaid, on November 8, 2017 to all interested parties.

Counsel certifies that there have been no objections or other responsive pleadings filed to Debtor's Motion to Modify, in the above-referenced case and therefore requests that this court sign the Order granting Debtor's Motion to Modify Plan.

  12-1-17                                                                           /s/ MICHAEL A. LATZES, ESQUIRE
    Date                                                                              MICHAEL A. LATZES, ESQUIRE
                                                                                             Attorney for Debtor