UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHERYL M GEORGE        :        CHAPTER 13
:
:        NO 13-12513 JKF

O R D E R

AND NOW, this     day of                         2017, upon the debtor's Motion to Modify post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ORDERED:

1) That the Trustee shall make no further disbursements to Wells Fargo Bank, above the amount paid to date, $9677.55, on Claim Number 9;

2) That the Trustee shall disburse funds to Fay Servicing to pay the balance due, $666.11, on Claim Number 7;

3) That the Trustee shall disburse funds to pay all general unsecured claims in full;

4) That any remaining funds in the account after payment of the foregoing claims shall be refunded to the Debtor.

_____
J.