# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **CHERYL M. GEORGE**                                      Case No.  **13-12513**
Debtor(s)                                                         Chapter   **13**

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **510.00** |
   | Prior to the filing of this statement I have received | $ **510.00** |
   | Balance Due | $ **0.00** |

2. $_____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Prepared and filed Motion to Modify. Also, served all parties with a copy of the Motion to Modify and had various communications with trustee office.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **December 22, 2017**                  **/s/ Michael A. Latzes**
                                                **Michael A. Latzes 34017**
                                                **Law Offices of Michael A. Latzes, P.C.**
                                                **1528 Walnut Street**
                                                **Suite 700**
                                                **Philadelphia, PA 19102**

---