United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-12513-jkf
Cheryl M. George                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Dec 21, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db              +Cheryl M. George,    508 Solly Ave.,    Philadelphia, PA 19111-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
       2012 SC2 Title Trust bk@rgalegal.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KARINA  VELTER    on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com
      KEVIN T MCQUAIL    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com
      KIMBERLY A. BONNER    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee,
       successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset
       Securities Corporation, Mortgage Pass-Through Certificates, S amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor   U.S. Bank National Association, not in its
       individual capacity, but solely as Legal Title Trustee for LVS Title Trust I amps@manleydeas.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
      MICHAEL A. LATZES    on behalf of Debtor Cheryl M. George efiling@mlatzes-law.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      ROBERT MICHAEL KLINE    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity, but solely as Legal Title Trustee for LVS Title Trust I Pacer@squirelaw.com,
       rmklinelaw@aol.com
      ROBERT MICHAEL KLINE    on behalf of Creditor    UMB Bank, National Association, not in its
       individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL
       Pacer@squirelaw.com,  rmklinelaw@aol.com
      THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                 TOTAL: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHERYL M GEORGE : CHAPTER 13
: 
: NO 13-12513 JKF

O R D E R

AND NOW, this        day of                              2017, upon the debtor's Motion to Modify post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ORDERED:

1) That the Trustee shall make no further disbursements to Wells Fargo Bank, above

   the amount paid to date, $9677.55, on Claim Number 9;

2) That the Trustee shall disburse funds to Fay Servicing to pay the balance due,

   $666.11, on Claim Number 7;

3) That the Trustee shall disburse funds to pay all general unsecured claims in full;

4) That any remaining funds in the account after payment of the foregoing claims shall

   be refunded to the Debtor.

_____
                                                                                                        J.

**Date: December 21, 2017**

Case 13-12513-jkf    Doc 126    Filed 12/23/17    Entered 12/24/17 01:01:02    Desc Imaged Certificate of Notice    Page 3 of 3