**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Cheryl M. George aka Cheryl M. Urban-George | : Chapter 13 |
| | : Bankruptcy No.13-12513-jkf |
| Debtor | : |
| | : 11 U.S.C. § 362 |

BSI Financial Services, Inc.

Secured Creditor
vs.
Cheryl M. George aka Cheryl M. Urban-George

Debtor
and
Frederick L. Reigle, Esquire

Trustee
RESPONDENTS

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)**

To the Debtor, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, BSI Financial Services, Inc., its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

| MAIL TO: | Respectfully submitted, |
|---|---|
| One Jenkintown Station | /s/ Sarah K. McCaffery |
| 115 West Avenue | Sarah K. McCaffery, Esquire |
| Suite 104 | Richard M. Squire & Assoc., LLC |
| Jenkintown, PA 19046 | One Jenkintown Station |
| | 115 West Avenue, Suite 104 |
| | Jenkintown, PA 19046 |
| | (215) 886-8790 |
| | (215) 886-8791 (fax) |
| | smccaffery@squirelaw.com (email) |

Dated: 12/26/2017

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Cheryl M. George aka Cheryl M. Urban-George | : Chapter 13 |
| | : Bankruptcy No.13-12513-jkf |
| Debtor | : |
| | : 11 U.S.C. § 362 |

BSI Financial Services, Inc.,
                         Secured Creditor
         vs.

Cheryl M. George aka Cheryl M. Urban-George

                         Debtor
               and
Frederick L. Reigle, Esquire
                         Trustee
               RESPONDENTS

**CERTIFICATE OF SERVICE**

     I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance/Request for Notice electronically and/or via First Class Mail, postage prepaid.

Date Served: 12/26/2017

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
610-779-1313

United States Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411

Michael A. Latzes
Law Offices of Michael A. Latzes
1528 Walnut Street
Suite 700
Philadelphia, PA 19102

Cheryl M. George
508 Solly Ave.
Philadelphia, PA 19111

      I hereby certify the foregoing to be true and correct under penalty of perjury.

  /s/ Sarah K. McCaffery
Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
(215) 886-8790
(215) 886-8791 (fax)
smccaffery@squirelaw.com  (email)
Attorney for Secured Creditor