United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cheryl M. George
    Debtor

Case No. 13-12513-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jan 08, 2018
                   Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
13046183     +U.S. Bank National Association,   c/o Kimberly A. Bonner, Esq.,
     Zucker, Goldberg & Ackerman, LLC,   200 Sheffield St,   Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
        ANN E. SWARTZ    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
        EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
         2012 SC2 Title Trust bk@rgalegal.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
        KEVIN T MCQUAIL    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
        KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
        KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee,
         successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset
         Securities Corporation, Mortgage Pass-Through Certificates, S amps@manleydeas.com
        KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, not in its
         individual capacity, but solely as Legal Title Trustee for LVS Title Trust I amps@manleydeas.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        MICHAEL A. LATZES    on behalf of Debtor Cheryl M. George efiling@mlatzes-law.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        ROBERT MICHAEL KLINE    on behalf of Creditor    U.S. Bank National Association, not in its
         individual capacity, but solely as Legal Title Trustee for LVS Title Trust I Pacer@squirelaw.com,
         rmklinelaw@aol.com
        ROBERT MICHAEL KLINE    on behalf of Creditor    UMB Bank, National Association, not in its
         individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL
         Pacer@squirelaw.com,   rmklinelaw@aol.com
        SARAH K. MCCAFFERY    on behalf of Creditor    BSI Financial Services, Inc. smccaffery@squirelaw.com
        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                       TOTAL: 18

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-12513-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Cheryl M. George
508 Solly Ave.
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/04/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: U.S. Bank National Association, c/o Kimberly A. Bonner, Esq., Zucker, Goldberg & Ackerman, LLC, 200 Sheffield St, Mountainside, NJ 07092 | U.S. Bank Trust National Association, as Trustee<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/10/18

Tim McGrath
**CLERK OF THE COURT**