**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**                                                        **CASE NO.: 17-14689-amc**
                                                                          **CHAPTER 13**
**Joseph George,**

    **Debtor.**

_____/

### REQUEST FOR SERVICE OF NOTICES

    **PLEASE TAKE NOTICE THAT,** on behalf of GOSHEN MORTGAGE LLC, AS SEPERATE TRUSTEE FOR GDBT | TRUST 2011-1 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com

17-005536 - SaR
GEORGE, CHERYL and GEORGE, JOSEPH
Request for Service

Page 1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on January 29 , 2018, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been

served via CM/ECF or United States Mail to the following parties:

ROACH, LEITE & MANYIN, LLC
6950 CASTOR AVENUE
PHILADELPHIA, PA  19149

JOSEPH GEORGE
508 SOLLY DRIVE
PHILADELPHIA, PA  19136

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA  19105

U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com