**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  CASE NO.: 13-12513-jkf
CHAPTER 13

**Cheryl M. George,**

**Debtor**

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of GOSHEN MORTGAGE LLC, AS SEPERATE TRUSTEE FOR GDBT | TRUST 2011-1 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE 130, Notice of Appearance and Request for Notice, filed on January 29, 2018.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL A. LATZES
LAW OFFICES OF MICHAEL A. LATZES
1528 WALNUT STREET
SUITE 700
PHILADELPHIA, PA  19102

CHERYL GEORGE
508 SOLLY DRIVE
PHILADELPHIA, PA  19136

FREDERICK L. REIGLE
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA 19606

U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969


        By: /s/ Kevin Buttery
           Kevin Buttery, Esquire
           Bar Number 319438
           Email: kbuttery@rascrane.com