United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 13-12513-jkf
Cheryl M. George   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 2   Date Rcvd: Mar 12, 2018
    Form ID: 138NEW   Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
```
db            +Cheryl M. George,    508 Solly Ave.,    Philadelphia, PA 19111-1906
cr            +Goshen Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
cr            +Goshen Mortgage LLC,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
cr            +UMB Bank, National Association, not in its individ,    314 S. Franklin Street,
                Titusville, PA 16354-2168
13002284       Chase,    P.O. BOX 78420,    Phoenix, AZ 85062-8420
13850880      +Goshen Mortgage LLC,    C/O Fay Servicing, LLC,    939 W North Ave,    Ste. 680,
                Chicago, IL 60642-1231
13002287      +Joseph George,    508 Solly Ave.,    Philadelphia, PA 19111-1906
13130468     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 9741)
13002288       Nation Star Mortgage,    P.O. BOX 650783,    Dallas, TX 75265-0783
13002289      +Ocwen Federal Bank FSB,    1665 Palm Beach Lakes Blvd.,    Attn: Bankruptcy Dept.,
                West Palm Beach, FL 33401-2121
13014424      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                ATTN: BANKRUPTCY UNIT
13002290       PNC Bank,    P.O. BOX 6534,    Attn: Bankruptcy Dept.,    Carol Stream, IL 60197-6534
13006154      +Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-2809
13002291      +Scott A. Dietterick, Esquire,    200 Sheffield St., Suite 101,    Mountainside, NJ 07092-2315
13002292       Target National Bank,    3901 West 53rd Street,    Attn: Bankruptcy Dept.,
                Sioux Falls, SD 57106-4216
13101613      +U.S Bank National Association, as Trustee, success,    ATTN: Bankruptcy Dept.,   MAC#D3347-014,
                3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13046183     #+U.S. Bank National Association,    c/o Kimberly A. Bonner, Esq.,
                Zucker, Goldberg & Ackerman, LLC,    200 Sheffield St,    Mountainside, NJ 07092-2315
14036396      +U.S. Bank Trust National Association, as Trustee,    c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
13002293      +US BANK NATIONAL ASSOC. et al.,    3476 Stateview Blvd.,    Attn: Bankruptcy Dept.,
                Fort Mill, SC 29715-7203
13083964      +US Bank National Assocation,    c/o BSI Financial Services, Inc.,    314 South Franklin Street,
                PO Box 517,    Titusville, PA 16354-0517
13157794       US Bank, NA as Legal Title Trustee for,    Truman 2012 SC2 Title Trust,
                c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA  92619-2708
13002294      +Wells Fargo  Home Mortgage,    MACX7801-03K,    3476 Stateview Blvd.,    Attn: Bankruptcy Dept.,
                Fort Mill, SC 29715-7203
13002295      +Wells Fargo Bank,    3476 Stateview Blvd.,    Attn: Bankruptcy Dept.,    Fort Mill, SC 29715-7200
13002296       Wells Fargo Bank,    P.O. BOX 11701,    Attn: Bankruptcy Dept.,    Newark, NJ 07101-4701
13085344      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Mar 13 2018 02:04:32      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2018 02:04:28      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 02:05:18      GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13002285       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2018 02:04:06      Commonwealth of Pennsylvania,
                Bureau of Compliance,    Dept. 280946,    Attn: Bankruptcy Dept.,    Harrisburg, PA 17128-0946
13002286       E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 02:03:55      Internal Revenue Service,
                P.O. BOX 7346,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19101-7346
13757100       E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2018 02:04:00
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13014428       E-mail/PDF: rmscedi@recoverycorp.com Mar 13 2018 02:05:32
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13041082      +E-mail/Text: bncmail@w-legal.com Mar 13 2018 02:04:23      TD BANK USA, N.A.,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                                TOTAL: 8
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             U.S. Bank National Association, not in its individ
cr             U.S. Bank Trust National Association, as Trustee o
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2            Date Rcvd: Mar 12, 2018
                              Form ID: 138NEW          Total Noticed: 33

smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA    17128-0946
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA    98083-0788
                                                                                    TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2012 SC2 Title Trust bk@rgalegal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Goshen Mortgage LLC bkyefile@rasflaw.com
              KEVIN T MCQUAIL    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Legal Title Trustee for LVS Title Trust I amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset
               Securities Corporation, Mortgage Pass-Through Certificates, S amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL A. LATZES    on behalf of Debtor Cheryl M. George efiling@mlatzes-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    UMB Bank, National Association, not in its
               individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Legal Title Trustee for LVS Title Trust I Pacer@squirelaw.com,
               rmklinelaw@aol.com
              SARAH K. MCCAFFERY    on behalf of Creditor    BSI Financial Services, Inc. smccaffery@squirelaw.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cheryl M. George
        Debtor(s)

Bankruptcy No: 13−12513−jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 3/12/18

134 − 133
Form 138_new