United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-12513-jkf
Cheryl M. George                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP              Page 1 of 1              Date Rcvd: Apr 20, 2018
                                Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2018.
db              +Cheryl M. George,    508 Solly Ave.,    Philadelphia, PA 19111-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2012 SC2 Title Trust bk@rgalegal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Goshen Mortgage LLC bkyefile@rasflaw.com
              KEVIN T MCQUAIL    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Legal Title Trustee for LVS Title Trust I amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for Wells Fargo Asset
               Securities Corporation, Mortgage Pass-Through Certificates, S amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL A. LATZES    on behalf of Debtor Cheryl M. George efiling@mlatzes-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Legal Title Trustee for LVS Title Trust I Pacer@squirelaw.com,
               rmklinelaw@aol.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    UMB Bank, National Association, not in its
               individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              SARAH K. MCCAFFERY    on behalf of Creditor    BSI Financial Services, Inc. smccaffery@squirelaw.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Cheryl M. George  : Case No. 13−12513−jkf
      Debtor(s)

***ORDER***
_____

AND NOW, this day , April 20, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                   By The Court

                   Jean K. FitzSimon
                   Judge , United States Bankruptcy Court